UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 JAN 16 AM 8:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MANUEL CARRILLO-BUCIO (3),<br><br>                Defendant. | CASE NO. 04CR2890-BTM<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ the Court has granted the motion of the Government for dismissal of this case against the above named defendant, with prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 21 USC 952, 960 & 963, 21 USC 846 & 841(a)(1), 21 USC 841(a)(1) AND 18 USC 2.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/12/07

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____